21cr128 wmw/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2113(a) |
| v. | 18 U.S.C. § 2113(d) |
| RAY RECO MCNEARY, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Armed Bank Robbery)

On or about May 6, 2021, in the State and District of Minnesota, the defendant,

**RAY RECO MCNEARY,**

by force, violence, and intimidation did take, and attempt to take, from the person and presence of a victim teller approximately $60,000, which money belonged to and was in the care, custody, control, management, and possession of Wells Fargo Bank, St. Cloud, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a scissors, all in violation of Title 18, United States Code, Sections 2113(a) and (d).



SCANNED
JUN 02 2021
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

The allegations contained in Count 1 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described forfeitable property is unavailable for forfeiture as a result of any act or omission of the defendant, the United States intends to seek the forfeiture of substitute property as provided in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY           FOREPERSON