UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-128 (WMW/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **STATEMENT OF FACTS IN** |
| ) | **SUPPORT OF EXCLUSION OF** |
| v. ) | **TIME UNDER SPEEDY TRIAL** |
| ) | **ACT** |
| RAY RECO MCNEARY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I Ray McNeary, the defendant in this case, agree to the following statement of facts in support of my Second Motion for an Extension of the Motions Filing Date, and to exclude time under the Speedy Trial Act. This case is a complicated case, in which the government has provided my defense counsel with approximately 700 pages of discovery, and numerous video and audio recordings. My defense counsel downloaded the discovery he received onto a thumb drive, and mailed it to me. Some of the videos did not download to the thumb drive that my attorney provided to the government and which were subsequently provided to me, and some additional discovery was not included in the original disclosures. My attorney has specifically requested from the government copies of the videos that did not download and the other discovery we need to review to adequately determine what motions to file, and to adequately represent me in the case. The government is working to get my attorney the missing videos and discovery, but needs more time to do so. Once my attorney receives the additional discovery, he will need time to review them with me so we can determine what motions to file with the Court.

Based on the above facts, if the Court grants my request for an extension, I request that the period of time from now until September 21, 2021 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 8-16-2021

Ray R. McNeary
Defendant

Dated: 5/16/2021

Robert D. Sicoli, Attorney for Defendant