# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## Cr. No. 21-128 (WMW/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **RULE 12.2(a) NOTICE OF** |
| v. ) | **INSANITY DEFENSE** |
| ) | |
| RAY RECO MCNEARY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 12.2(a), Federal Rules of Criminal Procedure, defendant, Ray McNeary, by and through his undersigned counsel hereby notifies the government that he may assert a defense of insanity at trial. Defendant will notify the government in a timely fashion if he intends to introduce expert evidence at trial to support the defense of insanity.

Respectfully submitted,

**SICOLI LAW, LTD.**

Dated: September 21, 2021

/s/ Robert D. Sicoli
Robert D. Sicoli
Attorneys for Defendant
2136 Ford Parkway #117
Saint Paul, MN 55116
Telephone: (612) 871-0708
Reg. No. 178238