

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

November 19, 2021

3150 Horton Road
Fort Worth, TX 76119

Honorable Leo I. Brisbois
U.S. Magistrate Judge
District of Minnesota
515 West 1st Street, Room 412
Duluth, Minnesota 55802-1397

                                          Re:    McNEARY, Ray Reco
                                                       Reg. No. 44784-509
                                                       Case No. 21-cr-128

Dear Judge Brisbois:

In accordance with your Court Order, dated October 13, 2021, Mr. Ray McNeary arrived at the Federal Medical Center (FMC), in Fort Worth, Texas, for completion of the court ordered evaluation pursuant to the provisions of Title 18, United States Code, Section 4241(b) and Section 4242. The defendant arrived on November 18, 2021.

Federal statute provides for an examination period of up to 45 days. It is currently our institutional policy in response to the COVID-19 pandemic to place all newly arriving inmates on quarantine status for a period of 14 days.

While we are not requesting a formal extension, we would like to request to begin the 45-day study period after completion of the defendant's quarantine status. Therefore, his study period would begin on December 2, 2021.

This evaluation will end no later than January 14, 2022, and the corresponding report would be submitted no later than February 11, 2022. Should the evaluation be completed prior to the aforementioned time period, the Court will be notified.

If we can provide further assistance, please feel free to contact me at (817) 413-3375.

Sincerely,

*Lacie Biber*

Lacie L. Biber, Psy.D.
Licensed Psychologist