# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## COMPETENCY HEARING

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Leo I. Brisbois |
| | U.S. Magistrate Judge |
| v. | |
| Ray Reco McNeary, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 21-cr-128 (WMW/LIB) |
| Date: | March 23, 2022 |
| Court Reporter: | Digital Recorder |
| Courthouse: | Duluth |
| Courtroom: | 3 |
| Time Commenced: | 10:27 a.m. |
| Time Concluded: | 10:37 a.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 10 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

For Plaintiff: David Steinkamp (Assistant U.S. Attorney)
For Defendant Ray Reco McNeary (1): Robert Sicoli, CJA

HEARING:
To determine Defendant's competency pursuant to 18 U.S.C. § 4241.

☒ ORDER TO BE ISSUED

☒ Exhibits retained by the Court

ADDITIONAL INFORMATION:

Having received the competency-evaluation report, [Docket No. 38], the Court held a hearing to determine Defendant's competency pursuant to 18 U.S.C. § 4241. Based on the report, to which neither party objected, the Court found that Defendant was not competent to proceed in this matter at this time and committed him to the custody of the Attorney General. The Court also retained Government's Exhibit 1. A written order capturing the Court's findings will follow shortly.

s/Bridgette Nunez-Figueroa
Signature of Law Clerk