UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-128(WMW/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JOINT STATUS REPORT REGARDING** |
| v. | ) | **DEFENDANT'S COMPETENCY** |
| | ) | **EXAMINATION** |
| RAY RECO MCNEARY, | ) | |
| | ) | |
| Defendant, | ) | |

On September 21, 2021 Defendant Ray Reco McNeary noticed a defense of not guilty by reason of insanity. Doc. 31. On October 13, 2021, Magistrate Leo I. Brisbois ordered a competency evaluation. Doc. 35. Mr. McNeary underwent a competency evaluation conducted by staff at the Federal Medical Center in Fort Worth, Texas. Their report, filed on February 11, 2022, found that Mr. McNeary was not competent to stand trial at the time the report was authored. Doc. 38. Subsequently, Magistrate Judge Brisbois, with the concurrence of the parties, issued an Order finding Mr. McNeary was not competent to stand trial. Doc. 42. The Order further found that Mr. McNeary should be returned to an appropriate facility for treatment. Id.

Mr. McNeary is currently housed at the Federal Medical Center, Devens, Massachusetts, receiving psychological and psychiatric treatment in an effort to return him

to competency to assist his defense counsel in addressing the charges he faces in Minnesota.

Dated:  December 12, 2022                    Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*s/ David P. Steinkamp*

BY:  DAVID P. STEINKAMP
Assistant U.S. Attorney
Attorney ID No. 178470

*/s Robert D. Sicoli*

Sicoli Law, Ltd.
Counsel for Defendant