# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## COMPETENCY HEARING

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | BEFORE:  Leo I. Brisbois |
| | U.S. Magistrate Judge |
| v. | |
| Ray Reco McNeary, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 21-cr-128 (WMW/LIB) |
| Date: | June 5, 2023 |
| Court Reporter: | Tim Willett |
| Courthouse: | St. Paul |
| Courtroom: | Devitt Courtroom |
| Time Commenced: | 1:37 p.m. |
| Time Concluded: | 1:49 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 12 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

For Plaintiff:  David Steinkamp (Assistant U.S. Attorney)
For Defendant Ray Reco McNeary (1): Paul Engh, CJA

HEARING:
To determine Defendant's competency pursuant to 18 U.S.C. § 4241.

☒ ORDER TO BE ISSUED

☐ Exhibits retained by the Court

ADDITIONAL INFORMATION:

Having received the competency-evaluation report, [Docket No. 49], the Court held a hearing to determine Defendant's competency pursuant to 18 U.S.C. § 4241.  Based on the report, to which neither party objected, the Court found on the record at the hearing that Defendant was competent to proceed in this matter at this time.  A written Order capturing the Court's findings and conclusions of law to be issued.

Further, based on the representations of the parties at the competency hearing, Defendant's Notice of Insanity Defense, [Docket No. 31], and the Government's Motion for Evaluation of the Defendant's state of mind at the time of the offense alleged in the Indictment, [Docket No. 33], have been withdrawn.  No written Order to follow.

s/BNF<br>Signature of Law Clerk