# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: LEO I. BRISBOIS |
| v. | U.S. Magistrate Judge |
| Ray Reco McNeary, | |
| Defendant. | |

Case No: 21-cr-128 (WMW/LIB)
Date: June 5, 2023
Courthouse: St. Paul
Courtroom: Devitt
Court Reporter: Tim Willette
Time Commenced: 1:47 p.m.
Time Concluded: 1:49 p.m.
Time in Court: 2 minutes

APPEARANCES:

Plaintiff:   David P. Steinkamp, Assistant U.S. Attorney
Defendant:  Paul C. Engh, CJA

**Indictment Dated:**  5/12/2021

X Reading of Indictment Waived     X Not Guilty Plea Entered


s/JLB
Signature of Courtroom Deputy